419 A.2d 186

Feldman et ux. v. Gaydosh et al., Appellants.

Argued April 10, 1979.   John M. Baginski, for appellants;   Robert E. Thomas, for appellees.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

419 A.2d 186

Howell et vir. v. Lachner et al.

Argued April 9, 1979.   Edward G. Petrillo, for appellants;   H. Robert Hampson, for appellees.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Order affirmed.